**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                        CASE NO.: 5:03cr5-MCR/GRJ

HERBERT D. BROWN

_____/

## O R D E R

    This cause comes before the court upon magistrate judge's Report and Recommendation dated December 28, 2012. (Doc. 132). The parties have been furnished a copy of the Order and Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections. (Doc. 135).

    Having considered the Report and Recommendation, and any objections timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Order and Report and Recommendation (doc. 132) is adopted and incorporated by reference in this order.

    2.    The government's Motion to Dismiss defendant's motion to vacate (doc. 129) is GRANTED.

    3.    Defendant's Second Amended Motion to Vacate (doc. 121) is DISMISSED.

    4.    Defendant's request for certificate of appealability (doc. 136) is DENIED.

    **DONE AND ORDERED** this 18th day of June, 2013.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**