# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  5:03cr5/MCR/CJK
                5:16cv135/MCR/CJK

HERBERT D. BROWN

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 17, 2016. ECF No. 193. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, ECF No. 174, is **SUMMARILY DISMISSED**.

2. A certificate of appealability is **DENIED**.

DONE AND ORDERED this 15th day of November, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**